LAURIE A. TRAKTMAN (SBN 165588)
**GILBERT & SACKMAN**
A Law Corporation
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010-2732
(323) 938-3000; Fax: (323) 937-9139
email: lat@gslaw.org

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; et al., Plaintiffs,<br><br>v.<br><br>PULLEN ASSOCIATES, INC., dba VISION MECHANICAL SERVICES; JEFF MOE; RICHARD JACK PULLEN and ROBYN JANE PULLEN, individuals,<br><br>Defendants. | Case No. 2:08-cv-08381-FMC-SHx<br><br>ORDER ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers' Savings Plan of Southern California; Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee; Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan; Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan; Board of Trustees of the Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-Off; and Board of Trustees of the Sheet Metal Industry Fund of

1

Los Angeles; Board of Trustees of the Sheet Metal Workers Local 273 Dues Check-Off Fund; Board of Trustees of the Sheet Metal Workers Local 273 Section 401(a) Plan; and Board of Trustees of the Sheet Metal Workers Local 273 Wage Equality Fund(collectively, the "Plans" or the "Sheet Metal Workers' Trust Funds"), and defendants Pullen Associates, Inc., dba Vsion Mechanical Services, Inc. (the "Company"); and Jeff Moe, Richard Jack Pullen, and Robyn Jane Pullen Individuals, ("Individual Defendants") (collectively "Defendants") the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Company and the Individual Defendants are indebted to the Plans in the amount of $43,860.71. Said amount is comprised of contributions in the amount of $29,508.85 for the delinquent work months of October 2008 ($13,273.21) and November 2008 ($16,235.64); liquidated damages in the amount of $5,901.77 for the delinquent work months of October 2008 and November 2008; interest at 10% per annum in the amount of $2,950.09; reimbursement of plaintiffs' reasonable fees ($5,000.00), and reimbursement of plaintiffs' recoverable costs of suit ($500).

2. Judgment may be entered in this case in favor of the Plans and against the Company and Individual Defendants, Jeff Moe, Richard Jack Pullen, and Robyn Jane Pullen, jointly and severally, in the amount of $43,860.71 in delinquent employee benefit plan contributions, liquidated damages, attorney fees and costs, together with post-judgment interest thereon at the rate of 10% per annum as of the date of the Judgment.

3. The Company and Individual Defendants may satisfy the judgment by paying a total of $35,410.62. Specifically, the Company and Individual Defendants shall pay the amounts due in contributions for the work months of October 2008 and November 2008

and liquidated damages for the delinquent work months of October 2008 and November 2008 by making installments pursuant to the following installment plan: the full amount of contributions for the work months of October 2008 and November 2008 ($29,508.85) will be paid in fourteen equal installments each in the amount of $2,107.78 over fourteen consecutive weeks on the first Monday of every week beginning December 29, 2008 and ending March 30, 2009. In addition, the company will make three additional, final installments each in the amount of $1,967.27 for the full amount of liquidated damages ($5,901.77). Please note, there will be an eye toward lessening the amount of liquidated damages if the company complies with the terms of the Stipulation. Each and every installment payment must be made by fully negotiable check or cashier's check payable to the "Sheet Metal Workers Trust Funds," and must be received on the due dates stated above in the offices of the Sheet Metal Benefit Plan Administrative Corp., attention Tasi Hernandez, 111 N. Sepulveda Blvd., Ste. 100, Manhattan Beach, California 90266.

4. In the event the Company and Individual Defendants, and any of them, fail to comply with any of the provisions set forth in paragraphs 5 or 8 above, or any other provision of this Stipulation, the entire amount of the judgment, less any payments actually received at the time of such default, shall become immediately due and payable to the Plans from the Company and Individual Defendants, plus interest on such unpaid amounts at the annual rate of ten percent.

5. This Court may retain jurisdiction over this matter through May 2009, to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by defendants. Supplemental judgments may be entered in this action against the Company and Individual Defendants

and in favor of the Plans for such sums as may be determined by the Plans and established upon application to the Court by declaration and noticed motion.

6. The Plans shall have the right, upon twenty (20) days reasonable request made in writing, to audit or examine any books or records relating to the financial condition of the Company to ensure compliance with the terms of this Stipulation. Individual defendant Jeff Moe will be dismissed concurrently herewith, without prejudice.

7. In the event any litigation becomes necessary to enforce any term or terms of this Stipulation, the prevailing party or parties shall be awarded and shall recover all reasonable attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: February 27, 2009

Hon. Florence-Marie Cooper

4