| | |
|---|---|
| LAURIE A. TRAKTMAN (SBN 165588)<br>email: lat@gslaw.org<br>**GILBERT & SACKMAN**<br>**A Law Corporation**<br>3699 Wilshire Boulevard, Suite 1200<br>Los Angeles, California 90010<br>Telephone: (323) 938-3000<br>Facsimile: (323) 937-3139<br><br>*Attorneys for Plaintiffs* | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' SAVINGS PLAN OF SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES; BOARD OF TRUSTEES OF THE TRI-COUNTIES SHEET METAL AIR CONDITIONING CONTRACTORS ASSOCIATION INDUSTRY FUND; BOARD OF TRUSTEES OF THE TRI-COUNTIES SHEET METAL AND AIR CONDITIONING INDUSTRY JOINT APPRENTICESHIP COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 273 DUES CHECK OFF FUND; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 273 SECTION 401(a) PLAN; and BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 273 WAGE EQUALITY FUND,<br><br>      Plaintiffs, | Case No. 2:08-cv-08381-FMC-SH<br><br>RENEWAL OF JUDGMENT |

v.

PULLEN ASSOCIATES, INC., dba VISION MECHANICAL SERVICES; JEFF MOE; RICHARD JACK PULLEN and ROBYN JANE PULLEN, individuals.

Defendants.

RENEWAL OF JUDGMENT

1  Based upon the application for renewal of the judgment of the original judgment, and
2  pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause
3  appearing, thereon,

5  The judgment to and against PULLEN ASSOCIATES, INC., dba VISION
6  MECHANICAL SERVICES; JEFF MOE; RICHARD JACK PULLEN and ROBYN
7  JANE PULLEN, individuals, jointly and severally, the Stipulation for Judgment Order
8  entered on March 2, 2009, a copy of which is attached, is hereby renewed in the amounts
9  set forth below:

10  Renewal of money judgment:

| | | | |
|---|---|---|---|
| | a. | Total judgment | $43,860.71 |
| | b. | Costs after judgment | $0.00 |
| | c. | Attorneys fees | $0.00 |
| | d. | Subtotal (add a and b) | $43,860.71 |
| | e. | Credits after judgment | $35,410.62 |
| | f. | Subtotal (subtract d from c) | $8,450.09 |
| | g. | Interest after judgment | $8,398.40 |
| | h. | Fee for filing renewal application | $0.00 |
| Total renewed judgment (add f and g) | | | $16,848.49. |

21  Dated:  2/11/2019                    CLERK _____
22                                            by Deputy

2
RENEWAL OF JUDGMENT